UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEROME BURGESS,
A/K/A SHAM' LA GOD ALLAH,

    Petitioner,

v.                           CASE NO. 3:04-CV-149-J-99HTS

JAMES V. CROSBY, JR., et al.,

    Respondents.
_____/

APPENDIX

CHARLES J. CRIST, JR.
ATTORNEY GENERAL

ROBIN A. COMPTON
ASSISTANT ATTORNEY GENERAL
Fla. Bar #0846864
444 Seabreeze Blvd.
5th Floor
Daytona Beach, FL 32118
(386) 238-4990
FAX (386)238-4997

COUNSEL FOR RESPONDENTS